EASTERN ROCK PRODUCTS, INC., Appellant, *v.* RITEWAY CONSTRUCTION CORPORATION, Respondent, Impleaded with Others.

(Argued January 13, 1936; decided January 28, 1936.)

*Charles R. Stewart* for appellant.

*George H. Rothlauf* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.